United States Bankruptcy Court

Eastern District of New York

In re:                                                                                                   Case No. 25-44613-ess

SVG 26 LLC dba Alton Distillery                                                 Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1                                   User: admin                                              Page 1 of 2

Date Rcvd: Feb 03, 2026                          Form ID: 227                                         Total Noticed: 19

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | SVG 26 LLC dba Alton Distillery, 2037 State Route, 17B, Bethel, NY 12720 |
| smg | + | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10574935 | | Chase Bank, P.O. Box, Wilmington DE 19850-5123 |
| 10578607 | + | M&T Bank, c/o Whiteman Osterman & Hanna LLP, 80 State Street, 11th Floor, Albany, NY 12207-5015 |
| 10574934 | + | M&t Bank, 80 State Street 11th Floor, Albany New York 12207-5015 |
| 10574936 | + | Nyseg Electric Co., PO BOX 5234, Binghamton NY 13902-5234 |
| 10597102 | + | Timur Akilov, c/o Morrison Tenenbaum PLLC, 87 Walker St. Fl 2, New York, NY 10013-3530 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 03 2026 18:14:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: BANKRUPTCY@LABOR.NY.GOV | Feb 03 2026 18:14:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Feb 03 2026 18:14:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10602959 | Email/PDF: bncnotices@becket-lee.com | Feb 03 2026 18:24:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 10589974 | EDI: BANKAMER | Feb 03 2026 23:16:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 10593369 | EDI: IRS.COM | Feb 03 2026 23:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10589965 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 03 2026 18:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 10578363 | + Email/Text: BANKRUPTCY@LABOR.NY.GOV | Feb 03 2026 18:14:00 | NEW YORK STATE DEPARTMENT OF LABOR, 1220 WASHINGTON AVE BLDG 12, RM 256, ALBANY, NY 12226-1799 |
| 10595874 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 03 2026 18:14:00 | NYS Department of Taxation & Finance, 15 MetroTech Center, Brooklyn, NY 11201-3818 |
| 10576159 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 03 2026 18:14:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 10600968 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 03 2026 18:14:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 10584549 | + Email/Text: arbankruptcy@uline.com | Feb 03 2026 18:14:00 | Uline, 12575 Uline Dr., Pleasant Prairie WI |

53158-3686

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10590779 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| Jeffrey K Cymbler | on behalf of Creditor NYS Department of Taxation & Finance jeffrey.cymbler@tax.ny.gov |
| Lawrence Morrison | on behalf of Creditor Timur Akilov lmorrison@m-t-law.com info@m-t-law.com;r65639@notify.bestcase.com;lmorrison@m-t-law.com;bjhufnagel@m-t-law.com;scheduling@m-t-law.com;staylor@m-t-law.com |
| Marco B Koshykar | on behalf of Creditor M&T Bank mkoshykar@woh.com  spaulsen@nhkllp.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Robert M Sasloff | on behalf of Debtor SVG 26 LLC dba Alton Distillery robert@jacobspc.com  david@jacobspc.com;tiffany@jacobspc.com |

TOTAL: 5

Information to identify the case:

Debtor     SVG 26 LLC dba Alton Distillery          EIN:  85–1761203

Name

United States Bankruptcy Court   Eastern District of New York

Date case filed for chapter:     11     9/25/25

Case number:     1–25–44613–ess

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) having filed a Chapter 11 petition in bankruptcy on September 25, 2025, and an order having been signed by the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, on February 2, 2026 for the dismissal of said petition.

You are notified that the petition of the above–named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: February 3, 2026

For the Court, Paul Dickson, Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]